ORIGINAL

CHRISTOPHER J. KONDON (SBN 172339)
SAMAN M. REJALI (SBN 274517)
TYLER J. CESAR (SBN 288729)
K&L GATES LLP
10100 Santa Monica Boulevard, Seventh Floor
Los Angeles, California 90067
Telephone: 310.552.5000
Facsimile: 310.552.5001

Attorneys for Defendants Relativity Media, LLC and Lord Securities Corporation and Defendants and Cross-Complainants Relativity Media Holdings I LLC and Beverly Blvd LLC




UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

ARAMID ENTERTAINMENT FUND LIMITED, a Cayman Islands Company; and ARAMID GRANTOR TRUST, a Delaware Statutory Trust,

Plaintiffs,

v.

FORTRESS INVESTMENT GROUP LLC, a Delaware Limited Liability Company; CF FILM FINANCE AB LLC, a Delaware Limited Liability Company; RELATIVITY MEDIA, LLC, a California Limited Liability Company; RELATIVITY MEDIA HOLDINGS I LLC, a Delaware Limited Liability Company; BEVERLY BLVD LLC, a Delaware Limited Liability Company; LORD SECURITIES CORPORATION, a Delaware Corporation; and DOES 1 through 100, inclusive,

Defendants.

RELATIVITY MEDIA HOLDINGS I LLC, a Delaware Limited Liability Company; and BEVERLY BLVD LLC, a Delaware Limited Liability Company,

Cross-Complainants,

v.

SCREEN CAPITAL INTERNATIONAL CORP., a California Corporation; ARAMID CAPITAL PARTNERS, a business entity organized under the laws of the United Kingdom; ARAMID

Ref. No. ____________

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF NOTICE OF REMOVAL

ENTERTAINMENT FUND LIMITED, a Cayman Islands Company; ARAMID GRANTOR TRUST, a Delaware Statutory Trust; and ROES 100 through 200, inclusive,

Cross-Defendants.

**REQUEST FOR JUDICIAL NOTICE**

Relativity Media, LLC and Lord Securities Corporation and Defendants and Cross-Complainants Relativity Media Holdings I, LLC and Beverly Blvd LLC, (collectively, the "Removing Parties") file this Request for Judicial Notice pursuant to Federal Rule of Evidence 201 ("FRE 201") in support its Notice of Removal. The Removing Parties respectfully request that the Court take judicial notice of the following documents attached hereto:

1. A true and correct copy of the First Amended Complaint is attached hereto as Exhibit A.

2. A true and correct copy of the Varga Declaration is attached hereto as Exhibit B.

3. A true and correct copy of the Application to Employ Irell & Manella as Special Litigation Counsel is attached hereto as Exhibit C.

4. A true and correct copy of the Summary of Schedules is attached hereto as Exhibit D.

The Federal Rules of Evidence are incorporated pursuant to Rule 9017 of the Federal Rules of Bankruptcy Procedure. FRE 201 mandates that a federal court take judicial notice "if a party requests it and the court is supplied with the necessary information." FRE 201(c)(2). "The court may take judicial notice at any stage of the proceeding." FRE 201(d). The documents listed above and attached hereto relate to matters that are "not subject to reasonable dispute," and substantiate facts "that can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." FRE 201(b). Accordingly, the Removing Parties respectfully request the Court grant this Request for Judicial Notice.

WHEREFORE, for the reasons set forth above, the Removing Parties respectfully request that the Court grant judicial notice of the documents listed herein and attached hereto.

Dated: September 10, 2014

K&L GATES LLP

By: ______________________
Christopher J. Kondon
Saman M. Rejali
Tyler J. Cesar
Attorneys for Defendants Relativity Media, LLC and Lord Securities Corporation and Defendants and Cross-Complainants Relativity Media Holdings I LLC and Beverly Blvd LLC