REED SMITH LLP
Michael J. Venditto
Jordan W. Siev
James C. McCarroll
Richard A. Robinson
599 Lexington Avenue
New York, NY 10022-7650
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
Email: mvenditto@reedsmith.com
         jsiev@reedsmith.com
         jmccarroll@reedsmith.com
         rrobinson@reedsmith.com

*Proposed Counsel for the Debtors*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Aramid Entertainment Fund Limited, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No.: 14-11802 (SHL)<br><br>(Jointly Administered) |

## GLOBAL NOTES AND STATEMENT OF
## LIMITATIONS, METHODOLOGY AND DISCLAIMER
## REGARDING THE DEBTORS' SCHEDULES OF ASSETS
## AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

On June 13, 2014 (the *"Petition Date"*), Aramid Entertainment Fund Limited (*"AEF"*), Aramid Liquidation Trust, Ltd. (*"ALTL"*), and Aramid Entertainment, Inc. (*"AEI"*, and together with ALTL and AEF, the *"Debtors"*) as debtors and debtor in possession under the control of Jess Shakespeare and Geoffrey Varga, the Joint Voluntary Liquidators (the *"JVLs"*) appointed by the board of directors of AEF and ALTL pursuant to the laws of the Cayman Islands, each commenced a voluntary case under chapter 11 of title 11 of the United States Code (the *"Bankruptcy Code"*) in the United States Bankruptcy Court for the Southern District of New York (the *"Court"*). The Schedules of Assets and Liabilities and Statement of Financial Affairs, including all attachments thereto (the *"Schedules and Statements"*) have been prepared pursuant to section 521 of the Bankruptcy Code and Rule 1007 of the Federal Rules of Bankruptcy Procedures (the *"Bankruptcy Rules"*) by the JVLs and are unaudited.

While the Debtors, acting through the JVLs, have made every effort to ensure that the Schedules and Statements are accurate and complete based on information that was available at the time of preparation, inadvertent errors or omissions may have occurred. The Debtors reserve all rights to amend or supplement the Schedules and Statements as is necessary and appropriate.

Geoffrey Varga has signed the Schedules and Statements of each of the filing Debtors. In reviewing and signing the Schedules and Statements, Messr. Varga has necessarily relied upon the efforts, statements and representations of various personnel of Asset Resolution Partners, Limited, AEF's technical service provider, and Admiral Administration Ltd, AEF's administrator. Messr. Varga has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors.

These Global Notes and Statement of Limitations, Methodology and Disclaimer Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (the "**Global Notes**") pertain to, are incorporated by reference in and comprise an integral part of all of the Schedules and Statements. The Global Notes should be referred to and reviewed in connection with any review of the Schedules and Statements.[1]

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled to the Debtors' financial statements (whether publicly filed or otherwise). The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment. In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of such preparation. The Debtors have made reasonable and good faith efforts to ensure the accuracy and completeness of such financial information, but further research or discovery may identify subsequent information that may necessitate material amendments to the Schedules and Statements. As a result, the Debtors are unable to warrant or represent that the Schedules and Statements are without inadvertent errors, omissions or inaccuracies. The Debtors reserve all rights to amend or supplement the Schedules and Statements as is necessary and appropriate.

Nothing contained in the Schedules and Statements shall constitute a waiver of any of the Debtors' rights or an admission with respect to their chapter 11 cases or otherwise, including, without limitation, any issues involving substantive consolidation, equitable subordination, defenses and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant applicable laws to recover assets or avoid transfers.

---

[1] These Global Notes are in addition to the specific notes contained in each Debtor's Schedules and Statements. The fact that the Debtors have prepared a "Specific Note" with respect only to specific Schedules and Statements should not be interpreted as a decision by the Debtors to exclude the applicability of such Specific Note to any of the Debtors' remaining Schedules and Statements, as appropriate.

1. **Summary of Significant Reporting Policies**.  The following is a summary of significant reporting policies:

 a) <u>Accruals.</u>  The Debtors have made every reasonable attempt to list all accruals attributable to a specific creditor, but certain accounts may not have been reported or reported properly.

 b) <u>Amendments and Supplements.</u>  While the Debtors made reasonable and good faith efforts to file complete and accurate Schedules and Statements, inadvertent errors or omissions may exist.  The Debtors reserve all rights to amend or supplement the Schedules and Statements as is necessary and appropriate.

 c) <u>Claims Description.</u>  Any failure to designate a claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated." The Debtors reserve all rights to dispute any claim, whether reflected on their respective Schedules and Statements or asserted pursuant to a filed proof of claim, on any grounds, including, without limitation, liability or classification, or to otherwise subsequently designate such claims as "disputed," "contingent," or "unliquidated."

 d) <u>Classifications.</u>  Listing a claim or contract (1) on Schedule D as "secured," (2) on Schedule E as "priority," (3) on Schedule F as "unsecured," or (4) on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' right to recharacterize or reclassify such claim or contract.

 e) <u>Causes of Action.</u>  Despite reasonable and good faith efforts, the Debtors may not have identified and/or set forth all of their causes of action (filed or potential) against third parties as assets in their Schedules and Statements.  The Debtors reserve all rights with respect to any causes of action, and nothing in the Global Notes or the Schedules and Statements shall be deemed a waiver of any such causes of action.  Similarly, in instances where the Debtors are defendants in pending causes of action, nothing in the Global Notes or the Schedules and Statements shall be deemed as an admission or determination with respect to, or a waiver of any defense or objection to, such causes of action, and all of the Debtors' defenses, objections and other rights with respect to such causes of action are hereby preserved.

 f) <u>Schedules and Statement Reflect Assets at Net Book Value.</u>  In certain instances, market valuations are neither maintained by, nor readily available to, the Debtors.  In other instances, market valuations are available but they are out-of-date.  Accordingly, unless otherwise indicated, the Debtors' Schedules and Statements reflect the Debtors' assets at net book values.  Market values of these assets may vary, at some times materially, from the net book value of such assets.  As

applicable, assets that have been fully depreciated or were expensed for accounting purposes have no net book value.

g)    <u>Confidential Information.</u>    There may be instances in the Schedules and Statements where the Debtors deem it necessary and appropriate to redact from the public record information such as names, addresses or amounts. Typically, the Debtors have used this approach because of an agreement between the Debtors and a third party, concerns of confidentiality or the protection of commercial information, or concerns for the privacy of an individual. In addition, certain of the Debtors are parties to executory contracts with confidentiality provisions and, where applicable, confidential information has not been included in the Schedules and Statements. Notwithstanding redaction in the Statements and/or Schedules, the Debtors will include the relevant un-redacted information in any customized proof of claim form provided to any such creditor.

h)    <u>Estimates and Assumptions.</u>    In preparing the Schedules and Statements, the Debtors were required to make certain estimates and assumptions that affect the reported amounts of assets and liabilities, the disclosure and potential values of contingent assets and liabilities on the date of the Schedules and Statements and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates, perhaps materially.

i)    <u>Executory Contracts and Unexpired Leases.</u>    The Debtors have not set forth executory contracts and unexpired leases as assets in the Schedules and Statements, even though these contracts may have some value to the Debtors' estates. The Debtors' executory contracts and unexpired leases have been set forth in Schedule G. The Debtors' rejection of executory contracts and unexpired leases will result in the assertion of rejection damages claims; as no such contracts and leases had been rejected by Court order on the Petition Date, and no rejection damages claims had been filed as of such Date, the Schedules and Statements do not reflect any claims for rejection damages claims. The Debtors reserve the right to make any arguments and objections with respect to the assertion of any such claims.

j)    <u>Foreign Currency.</u>  Except on expressly set forth, all amounts are reflected in U.S. dollars. Notwithstanding, certain values are carried on each of the Debtor's books and records in currencies other than U.S. dollars and such amounts have been converted to U.S. dollar equivalents for purposes of inclusion on the Statements and Schedules.

k)    <u>GAAP.</u>  Given the difference between the information requested in the Schedules and Statements, and the financial information utilized under GAAP, the aggregate asset values and claim amounts set forth in the Schedules and Statements do not necessarily reflect the amounts that would be set forth in a balance sheet prepared in accordance with GAAP.

l)      <u>Insiders.</u>  For purposes of the Schedules and Statements, the Debtors define "insiders" pursuant to section 101(31) of the Bankruptcy Code.

Persons listed as "insiders" have been included for informational purposes only. The Debtors do not take any position with respect to: (a) such person's influence over the control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability, or for any other purpose.

m)     <u>Intellectual Property Rights.</u>  Exclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms or have been assigned or otherwise transferred pursuant to a sale, acquisition or other transaction.  Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition or other transaction. The Debtors have made every effort to attribute intellectual property to the Debtor that is the rightful owner of such intellectual property.  The Debtors reserve all of their rights with respect to the legal status of any and all such intellectual property rights.

n)     <u>Liabilities.</u>  The Debtors allocated liabilities between the prepetition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between the pre-petition and post-petition periods may change.  The Debtors reserve all rights to modify, amend and supplement the Schedules and Statements as is necessary and appropriate.

o)     <u>Recharacterization.</u>  Notwithstanding that the Debtors have made reasonable efforts to correctly characterize, classify, categorize or designate certain claims, assets, executory contracts, unexpired leases and other items reported in the Schedules and Statements, the Debtors nonetheless may have improperly characterized, classified, categorized or designated certain items.  Thus, the Debtors reserve all rights to recharacterize, reclassify, recategorize or redesignate items reported in the Schedules and Statements at a later time as is necessary and appropriate.

p)     <u>Setoffs.</u>  The Debtors claims and liabilities may be subject to certain setoffs and other similar rights in the ordinary course of business.  Although the exercise of such setoffs and other similar rights may have been taken into consideration when scheduling certain amounts, setoffs and these other rights are not independently

accounted for, and as such, are excluded from the Schedules and Statements.

q)   Petition Date.   Financial information for the Debtors is, unless otherwise noted herein or in the Schedules and Statements, provided as of close of business on June 13, 2014 for all Debtors.

r)   Totals.   All totals that are included in the Schedules and Statements represent totals of all known amounts included in the Debtors' books and records as of the Petition Date.   To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

s)   Undetermined Amounts.   The description of an amount as "unknown," "TBD," or "undetermined" is not intended to reflect upon the materiality of such amount.

t)   Entity Classification Issues.   The Debtors have endeavored in good faith to identify the assets owned by each Debtor and the liabilities owed by each Debtor. While the Schedules reflect the results of this effort, several factors may impact the ability of the Debtors precisely to assign assets and liabilities to particular Debtor entities, including but not limited to (a) certain assets may be primarily used by a Debtor other than the entity which holds title to such assets according to the Debtors' books and records; (b) certain liabilities may have been nominally incurred by one Debtor, yet such liabilities may have actually been incurred by, or the invoices related to such liabilities may have been issued to or in the name of, another Debtor; and (c) certain creditors of the Debtors may have treated one or more of the Debtors as a consolidated entity rather than as differentiated entities.

u)   In these Schedules and Statements, the Debtors have not identified any shareholders of the Debtors or provided information with respect thereto, except with respect to AEI which is a wholly owned subsidiary of AEF, insofar as the disclosure of such information is a criminal offense under the Confidential Relationships (Preservation) Law of the Cayman Islands.

2.   **Specific Schedules and Statements Disclosures**

a)   Schedule B.   Schedule B lists the Debtors' personal property such as, among other things, petty cash, cash held in the Debtors' bank accounts, equity interests in incorporated businesses, and accounts receivable.

   i.   Schedule B(2).   Bank account balances reflect the close of business balance on the Petition Date.

   ii.   Schedule B(16).   Schedule B(16) contains receivables due to the Debtors including receivables on loans made by the Debtors.

b)   Schedule C.   Because the Debtors do not claim any property as "exempt," they have not included a Schedule C that would otherwise list any "exempt" property.

c)  <u>Schedule D.</u>   The Debtors do not have secured creditors and, accordingly, Schedule D is not relevant to these cases.

d)  <u>Schedule E.</u>   The Debtors have never had any employees and, accordingly, Schedule E is not relevant to these cases.

e)  <u>Schedule F.</u>   Whenever reasonably practicable, the Debtors have allocated liabilities to particular Debtors.  However, for a number of reasons, in certain cases, it is practically impossible to assign a given liability to a particular Debtor. In order to determine the total liabilities of the Debtors, parties in interest should review each Schedule F for of all of the Debtors.

Schedule F also reflects the prepetition amounts owed to counterparties to executory contracts and unexpired leases.  Such prepetition amounts, however, may be paid in connection with the assumption or assumption and assignment of an executory contract or unexpired lease.  Schedule F does not include additional rejection damages claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected as of or after the Petition Date.

The claims of creditors are listed on the Debtors' books and records and may not reflect credits or allowances due from such creditor.  The Debtors reserve all of their rights respecting such credits and allowances.  The amounts listed may be exclusive of contingent and unliquidated amounts.

f)  <u>Schedule G.</u>   While every reasonable and good faith effort has been made to ensure the accuracy and completeness of Schedule G, inadvertent errors or omissions may have occurred.   Certain of the leases and contracts listed on Schedule G may contain renewal options, guarantees of payment, options to purchase, rights of first refusal and other miscellaneous rights.   Such rights, powers, duties and obligations are not set forth on Schedule G.

The Debtors hereby reserve all of their rights to dispute the validity, status or enforceability of any contracts, agreements or leases set forth in Schedule G and to amend or supplement such Schedule as necessary.

Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease.  The Debtors reserve all rights to amend Schedule G to add executory contracts or unexpired leases or to challenge the legal status of any contract or lease, including the characterization of any lease as an unexpired non-residential real property lease, or whether any listed contract, lease or other agreement constitutes an executory contract or unexpired lease.  Any and all of the Debtors' rights, claims and causes of action regarding the contracts and agreements listed on Schedule G are hereby reserved and preserved.

g)     <u>SOFA Question 1.</u>   The amounts reported in response to Statement question 1 reflect the Debtors' net operating income (loss) for the applicable period.

h)     <u>SOFA Question 3(b).</u>   Payments are listed by the entity making such payment notwithstanding that certain payments may have been made on behalf of another or the Debtors or an affiliate.

i)     <u>SOFA Question 3(c).</u>   Payments are listed by the entity making such payment notwithstanding that certain payments may have been made on behalf of another or the Debtors or an affiliate.  Where possible and/or applicable, the entity that the payment was made on behalf of is listed with the response.

j)     <u>SOFA Question 4(a).</u>   The Debtors have made reasonable and good faith efforts to include in their responses to SOFA Question 4 a complete list of all lawsuits and litigation proceedings to which the Debtors were a party within the one (1) year period immediately preceding the Petition Date.   To the extent the Debtors become aware that they have omitted any such lawsuits or proceedings, they will amend their SOFAs.

k)     <u>SOFA Question 18.</u>  The Debtors' responses to Statement question 18 includes only ownership interests in businesses that are direct subsidiaries of the applicable Debtor.

l)     <u>SOFA Question 19.</u>   The firms and individuals listed in response to Statement questions 19(a)-(c) are not intended to be an exhaustive list of all parties but rather represent a listing of those firms and/or individuals that supervised or were primarily responsible for the respective tasks.

m)     <u>SOFA Question 21(b).</u>   For SOFA Question 21(b), the Debtors have not listed all shareholders holding over 5% of ALTL shares insofar as the disclosure of such information is a criminal offense under the Confidential Relationships (Preservation) Law of the Cayman Islands.

B 6 Summary (Official Form 6 - Summary) (12/13)

# UNITED STATES BANKRUPTCY COURT

### Southern District of New York

In re Aramid Entertainment Fund Limited ,          Case No. 14-11802
          *Debtor*

          Chapter 11

## SUMMARY OF SCHEDULES*

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | No | | $ | | |
| B - Personal Property | Yes | 5 | $ 158,616,241.( | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | $ 7,458,281.84 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtors(s) | No | | | | $ |
| TOTAL | | 15 | $ 158,616,241.( | $ 7,458,281.84 | |

* This Summary of Schedules, the accompanying Schedules of Assets and Liabilities and the Statement of Financial Affairs, are subject in all respects to the Global Notes and Statement of Limitations, Methodology and Disclaimer Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs that are being filed contemporaneously in the these cases.

B6B (Official Form 6B) (04/10)

In re **Aramid Entertainment Fund Limited**,                          Case No. 14-11802
                    Debtor                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."  If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | All accounts are at: DMS Bank & Trust, DMS House, 20 Genesis Close, P.O. Box 314 Grand Cayman KY1-1104, Cayman Islands | | 35,404.75 (USD) 12,624.34(EUR) 96,047.56(GBP) 1,630,865.84 (USD) |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |

In re <u>Aramid Entertainment Fund Limited</u>                                                  Case No. <u>14-11802</u>
              **Debtor**                                                                                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | See Attachment 13 | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Aramid Entertainment Fund Limited made various loans to film producers and associated service providers for the production of films. The book value of the Entertainment Loans and Associated Rights is listed as $155,777,944.66, as disclosed in the latest financial reporting prepared by Admiral Administration Ltd dated 29 April 2014. | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

American LegalNet, Inc.
www.FormsWorkflow.com

B6B (Official Form 6B) (12/07) -- Cont.

In re Aramid Entertainment Fund Limited                                   Case No. 14-11802
_____                                        _____
                        Debtor                                                (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41 A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | See Attachment 35 | | |

_____2_____ continuation sheets attached      Total ➤        $
(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

American LegalNet, Inc.
www.FormsWorkflow.com

**Attachment 13**

| Name of Corporation | Domicile | Percentage of ownership | Value |
|---|---|---|---|
| Aramid Entertainment BV | Netherlands | 100% | US$992,116.17 |
| Cayman Film Holdings Limited | Cayman Islands | 100% | *Undetermined* |
| Cayman Film Holdings UM Limited | Cayman Islands | 100% | *Undetermined* |
| Aramid Entertainment Inc. | Delaware, USA | 100% | US$59,067.75 |
| IFE Equity Holdings, Inc. | Unknown | 98% | *Undetermined* |
| Aramid Grantor Trust | TBC | 100% | *Undetermined* |

Aramid Entertainment BV – The value of $992,116.17 represents the net asset value of Aramid Entertainment BV. This figure was obtained from the books and records of Aramid Entertainment BV as prepared by Admiral Administration Ltd., and represents the gross book value of the assets, less any accounting adjustments and liabilities as at the most recent financial report dated 29 April 2014.

Cayman Film Holdings Limited – At this time AEF is unable to advise regarding the value of this asset.

Cayman Film Holdings UM Limited –At this time AEF is unable to advise regarding the value of this asset.

Aramid Entertainment Inc. – The Debtor notes that this entity is wholly owned by Aramid Entertainment Fund Limited and has filed for Chapter 11 bankruptcy. At this time is unable to advise regarding the value of this asset.

IFE Equity Holdings, Inc. – The Debtor has been advised by its technical service provider that it owns 98% of the equity of IFE Equity Holdings, Inc. At this time AEF is unable to advise the regarding value of this asset.

Aramid Grantor Trust - The Debtor understands that Aramid Entertainment Fund Limited is the depositor and sole Class A beneficiary. AEF notes that the assets of the grantor trust are subject to litigation which is ongoing.

**Attachment 35**

Aramid Entertainment Fund owns various film production materials which are associated with various loans to film producers and associated service providers described. These assets generally include, digital film, production (pre and post) and accounting paperwork, cast and crew agreements, amongst other items relating to film production.

These assets are stored in bonded warehouses in London, Hounslow , Middlesex, Berks (United Kingdom), Berlin, Grünwald (Germany), Rome (Italy), Burbank, Los Angeles, (California, USA). The Debtors are unable to estimate the commercial value of these assets at this time.

B 6D (Official Form 6D) (12/07)

In re  <u>Aramid Entertainment Fund Limited</u> ,        Case No.  <u>14-11802</u>
          <u>       Debtor       </u>                                   <u>                    </u>
                                                                              (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☑  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ____ continuation sheets attached | | | Subtotal ▶ (Total of this page) | | | | $ | $ |
| | | | Total ▶ (Use only on last page) | | | | $ | $ |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (04/13)

In re  __Aramid Entertainment Fund Limited__ ,          Case No. __14-11802__
                    Debtor                                                (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6E (Official Form 6E) (04/13) – Cont.

In re **Aramid Entertainment Fund Limited**_____,    Case No. __14-11802_____
                   *Debtor*                                                           *(if known)*

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

*\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____ continuation sheets attached

In re **Aramid Entertainment Fund Limited,**                              Case No. **14-11802**
_____
                   **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| McDermott Will & Emery 2049 Century Park East Suite 3800 Los Angeles. CA 90067-3218 | | | | | | | 41,631.19 |
| ACCOUNT NO. | | | | | | | |
| Guidepost Solutions LLC 415 Madison Avenue, 11th Floor New York NY 10017 | | | | | | | 69,098.01 |
| ACCOUNT NO. | | | | | | | |
| Mourant Ozannes 94 Solaris Avenue Camana Bay, P.O. Box 1348 Grand Cayman KY1-1108 Cayman Islands | | | | | | | 54,649.28 |
| ACCOUNT NO. | | | | | | | |
| Zen Internet Ltd. Sandbrook Way, Sandbrook Park Rochdale OL11 1RY, United Kingdom | | | | | | | 397.96 |

                                                     Subtotal➤ | $ | 165,776.44

6 continuation sheets attached

                                                     Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont'

In re <u>Aramid Entertainment Fund Limited</u>               Case No. <u>14-11802</u>
           **Debtor**                                        **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Strook & Strook & Lavan LLP 2029 Century Park East Los Angeles CA 90067 USA | X | | | | | | 2,303,797.40 |
| ACCOUNT NO. Law Office of Steven Goldsobel 1900 Avenue of the Stars Suite 1600 Los Angeles CA 90067 USA | | | | | | | 12,592.01 |
| ACCOUNT NO. Jones Lang LaSalle P.O. Box 2534 40 Berkeley Square Bristol BS8 9AQ United Kingdom | | | | | | | 482.51 |
| ACCOUNT NO. Meeting Zone Ltd. Oxford House Oxford Road Thame Oxfordshire OX9 2AH United Kingdom | | | | | | | 637.24 |
| ACCOUNT NO. Ironcove Solutions 612 East Franklin Avenue STE - A El Segundo CA 90245 USA | | | | | | | 20.00 |

Sheet no. <u>1</u> of 6 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ | $ | 2,317,529.16

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont

In re <u>Aramid Entertainment Fund Limited,</u>                    Case No. <u>14-11802</u>
              **Debtor**                                                                                  **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Admiral Administration Ltd. <br> Admiral Financial Centre <br> 90 Fort Street <br> Georgetown <br> P.O. Box 32021 <br> Grand Cayman KY1-1208 <br> Cayman Islands | | | | | | | 137,361.00 |
| ACCOUNT NO. <br> Screen Capital International <br> 345 N Maple Dr STE 294 <br> Beverly Hills <br> CA 90210 | X | | | | | | 62,173.88 |
| ACCOUNT NO. <br> BDO <br> 1888 Century Park East <br> 4th Floor <br> Los Angeles <br> CA 90067 <br> USA | | | | | | | 265,392.46 |
| ACCOUNT NO. <br> Tysers <br> Beaufort House <br> 15 St.Botofph Street <br> London EC3A 7EE <br> United Kingdon | | | | | | | Undetermined |
| ACCOUNT NO. <br> Levene, Neale, Bender, Yoo & Brill L.L.P <br> 10250 Constellation Boulevard <br> Suite 1700 <br> Los Angeles <br> CA 90067-4308 | X | | | | | | 707,514.49 |

Sheet no. <u>2</u> of 6 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | | |
|---|---|---|
| Subtotal ➤ | $ | 1,172,441.83 |
| Total ➤ (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.) | $ | |

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont

In re Aramid Entertainment Fund Limited,    Case No. 14-11802
_____         _____
                    Debtor                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Jeffer Mangels Butler & Mitchell LLP 1900 Avenue of the Stars Los Angeles California 90067-4308 USA | X | | | | | | 1,088,547.16 |
| ACCOUNT NO. | | | | | | | |
| Miller Barondess, LLP 1999 Avenue of the Stars, Suite 1000 Los Angeles CA 90067 USA | | | | | | | 27,961.57 |
| ACCOUNT NO. | | | | | | | |
| 1&1 Internal Limited Aquasulis House 10-14 Bath Road Slough, SL1 3SA United Kingdom | | | | | | | 60.97 |
| ACCOUNT NO. | | | | | | | |
| Conyers Dill & Pearman P.O. Box 309 Ugland House Grand Cayman KY1-1104 Cayman Islands | | | | | | | 17,065.00 |
| ACCOUNT NO. | | | | | | | |
| Gordillo Procuradores Freway Entertainment KFT. Andrassy UT 12 1061 – Budapest Hungria | | | | | | | 1,352.33 |

Sheet no. 3 of 6 continuation sheets attached to Schedule of
Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  1,134,987.03

Total ➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont

In re Aramid Entertainment Fund Limited,     Case No. 14-11802
_____
          Debtor                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Bonded Services, Inc. <br> 3205 Burton Avenue <br> Burbank <br> California 91504 | | | | | | | 735.68 |
| ACCOUNT NO. <br> Veritex Legal Solutions <br> Vertiex New York Reporting Co. <br> 330 Old Country Rd., Suite 300 <br> Mineola <br> NY 11501 <br> USA | | | | | | | 2,696.15 |
| ACCOUNT NO. <br> Wiggin LLP <br> 10th Floor <br> Met Building <br> 22 Percy Street <br> London WIT 2BU <br> United Kingdom | | | | | | | 355.22 |
| ACCOUNT NO. <br> O2 <br> Telefonica UK Limited <br> 260 Bath Road <br> Slough <br> Berkshire SL 1 3DX <br> United Kingdom | | | | | | | 1,162.24 |
| ACCOUNT NO. <br> City Sprint <br> Ground Floor, Red Central <br> 60 High Street <br> Redhill <br> Surrey RH1 1SH <br> United Kingdom | | | | | | | 35.84 |

Sheet no. 4 of 6 continuation sheets attached to Schedule of
Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   4,985.13

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont

Exhibit D Page 23 of 27

In re Aramid Entertainment Fund Limited,  Case No. ____14-11802____
        Debtor                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| GS1 UK Staple Court 11 Staple Inn Buildings London WC1V 7QH United Kingdom | | | | | | | 344.16 |
| ACCOUNT NO. | | | | | | | |
| Addison Lee 35-37 William Road London NW1 3ER United Kingdom | | | | | | | 675.71 |
| ACCOUNT NO. | | | | | | | |
| Team Air Express Unit 8 Crown Way Horton Road West Drayton UB7 8 HZ United Kingdom | | | | | | | 2,154.70 |
| ACCOUNT NO. | | | | | | | |
| MSP Chartered Secretaries Craven House West Street Farnham Surrey GU 7 EN United Kingdom London E 18 2HJ | | | | | | | 316.19 |
| ACCOUNT NO. | | | | | | | |
| Film Financial Consultants Limited Number 52 London E18 2 HJ United Kingdom | | | | | | | 23,055.50 |

Sheet no. _5_ of 6 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ | $ | 26,546.26

Total ➤ | $ |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Con

**In re** Aramid Entertainment Fund Limited,                                    Case No. 14-11802
           Debtor                                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Aurora Networks Ltd. 2nd Floor 33 King William Street London ECAR 9AS United Kingdom | | | | | | | 4,102.35 |
| ACCOUNT NO. | | | | | | | |
| Fortis Bank Cayman Ltd. as Custodian of Wimbledon Financing Master Fund Ltd. C/-Chris Johnson Associates PO Box 2499 Elizabeth Square Georgetown, Grand Cayman KY1-1104 Cayman Islads | | | | | | X | 1,560,530.63 |
| ACCOUNT NO. | | | | | | | |
| Charles, Frederic & Co. for the Stillwater Market Neutral Fund III SPC on behalf of Stillwater Matrix Segregated Portfolio C/o KBC Investments Cayman Islands V Limited 190 Elgin Avenue George Town, Grand Cayman KY1-9005 Cayman Islands | | | | | | X | 1,068,530.31 |
| ACCOUNT NO. | | | | | | | |
| Aramid Capital Partners; Screen Capital International Corp & David Moiner 2nd Floor 2 Cavendish Square London, WIG 0PU, United Kingdom | X | | | X | X | | Undetermined |

Sheet no. 6 of 6 continuation sheets attached to Schedule of
Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 2,633,163.29

Total ➤ | $ | 7,458,281.84
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

B 6G (Official Form 6G) (12/07)

In re  Aramid Entertainment Fund Limited          ,          Case No.  14-11802
            **Debtor**                                                        (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Admiral Administration Ltd. | Administration Services Agreement, dated April 5, 2011 |
| ING Management (Nederland) B.V. | Management Agreement, dated April 10, 2007 |
| Asset Resolution Partners | Services Agreement, dated May 1, 2014 |
| | |
| | |
| | |

B 6H (Official Form 6H) (12/07)

In re  <u>Aramid Entertainment Fund Limited</u>     ,          Case No.  <u>14-11802</u>
Debtor                                    (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Asset Resolution Partners, Ltd., and certain of its affiliates Ugland House, P.O. Box 309, Grand Cayman KY1-1104, Cayman Islands | All creditors listed as having codebtors on Schedule F |
| Aramid Capital Partners, and certain of its affiliates 2nd Floor, 2 Cavendish Square, London, W1G 0PU, United Kingdom | All creditors listed as having codebtors on Schedule F |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  Aramid Entm't Fund Limited                   ,        Case No.  14-11802
_____
Debtor                                                              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____        Signature: _____
                                                                                     Debtor

Date _____        Signature: _____
                                                                          (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any,                 Social Security No.
of Bankruptcy Petition Preparer                          (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
Address

X_____          _____
Signature of Bankruptcy Petition Preparer                    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the  Geoffrey Varga  [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the  Aramid Entm't Fund Ltd.  [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date  07/31/2014

                                                Signature:  /s/ Geoffrey Varga

                                                            Geoffrey Varga
                                                            [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.