| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | | FOR COURT USE ONLY<br>ENTERED<br>JAN - 7 2015<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |
|---|---|---|
| In re:<br>FILED<br>JAN - 7 2015<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk | Debtor(s). | |
| ARAMID ENTERTAINMENT FUND LIMITED, et al., | | CASE NO.:<br>CHAPTER: 11<br>ADV. NO.: 14-AP-01596 TD |
| v.<br>FORTRSS INVESTMENT GROUP LLC, et al., | Plaintiff(s),<br><br>Defendant(s). | **ORDER REASSIGNING ADVERSARY PROCEEDING TO JUDGE (by mutual consent)**<br><br>☐ WITHIN DIVISION TRANSFER<br>☒ WITHIN DISTRICT TRANSFER |

IT IS HEREBY ORDERED that the above-captioned adversary proceeding be reassigned to Bankruptcy Judge **SCOTT C. CLARKSON** [name to be inserted by the judge] for all further proceedings.

☐ **Within Division Transfer**

The adversary proceeding number will remain the same. However, the judge's initials must be changed to _____ [initials to be inserted by the judge] on all pleadings filed and served in the adversary proceeding.

☒ **Within District Transfer**

The new adversary proceeding case number is _____ [will be issued by the Clerk's Office after the order is signed].

Date: 1/7/15

_____
UNITED STATES BANKRUPTCY JUDGE

F 5004-4

 

The undersigned Bankruptcy Judge hereby consents to the transfer of the above-captioned adversary proceeding to him/her.

Date: 1/7/2015

_____
UNITED STATES BANKRUPTCY JUDGE