United States Bankruptcy Court
Central District of California

Aramid Entertainment Fund Limited,
    Plaintiff

Adv. Proc. No. 14-01596-TD

Fortress Investment Group LLC,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0973-2     User: ppenningt     Page 1 of 1     Date Rcvd: Jan 07, 2015
                   Form ID: pdf031     Total Noticed: 0

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2015.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                                                      TOTAL: 0

                  ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
crd            Aramid Capital Partners
crd            Aramid Entertainment Fund Limited
pla            Aramid Entertainment Fund Limited
crd            Aramid Grantor Trust
pla            Aramid Grantor Trust
crc            Beverly Blvd LLC
dft            Beverly Blvd LLC
dft            CF Film Finance AB LLC
intp           Courtesy NEF
dft            DOES 1 through 100, inclusive
dft            Fortress Investment Group LLC
dft            Lord Securities Corporation
crd            ROES 100 through 200, inclusive
dft            Relativity Media Holdings I LLC
crc            Relativity Media Holdings I LLC
dft            Relativity Media LLC
crd            Screen Capital International Corp.
                                                                                                              TOTALS: 17, * 0, ## 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2015                                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2015 at the address(es) listed below:
           Christina M Craige    on behalf of Interested Party    Courtesy NEF ccraige@sidley.com
           Christina M Craige    on behalf of Defendant    CF Film Finance AB LLC ccraige@sidley.com
           Christina M Craige    on behalf of Defendant    Fortress Investment Group LLC ccraige@sidley.com
           Christopher J Kondon    on behalf of Defendant    Lord Securities Corporation
            christopher.kondon@klgates.com, klgatesbankruptcy@klgates.com
           Christopher J Kondon    on behalf of Defendant    Beverly Blvd LLC christopher.kondon@klgates.com,
            klgatesbankruptcy@klgates.com
           Christopher J Kondon    on behalf of Cross-Claimant    Relativity Media Holdings I LLC
            christopher.kondon@klgates.com, klgatesbankruptcy@klgates.com
           Christopher J Kondon    on behalf of Cross-Claimant    Beverly Blvd LLC
            christopher.kondon@klgates.com, klgatesbankruptcy@klgates.com
           Christopher J Kondon    on behalf of Defendant    Relativity Media Holdings I LLC
            christopher.kondon@klgates.com, klgatesbankruptcy@klgates.com
           Christopher J Kondon    on behalf of Defendant    Relativity Media LLC
            christopher.kondon@klgates.com, klgatesbankruptcy@klgates.com
           Jeffrey M. Reisner    on behalf of Cross Defendant    Aramid Entertainment Fund Limited
            jreisner@irell.com, mstrub@irell.com,dallender@irell.com,jmanzano@irell.com,lgauthier@irell.com
           Jeffrey M. Reisner    on behalf of Plaintiff    Aramid Grantor Trust jreisner@irell.com,
            mstrub@irell.com,dallender@irell.com,jmanzano@irell.com,lgauthier@irell.com
           Jeffrey M. Reisner    on behalf of Plaintiff    Aramid Entertainment Fund Limited
            jreisner@irell.com, mstrub@irell.com,dallender@irell.com,jmanzano@irell.com,lgauthier@irell.com
           Michael H Strub, Jr    on behalf of Cross Defendant    Aramid Entertainment Fund Limited
            mstrub@irell.com
           Michael H Strub, Jr    on behalf of Plaintiff    Aramid Entertainment Fund Limited mstrub@irell.com
           United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                                                                                                          TOTAL: 15

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | FOR COURT USE ONLY |
|---|---|
| In re:<br><br>**FILED**<br>JAN - 7 2015<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:            Deputy Clerk<br><br>Debtor(s). | **ENTERED**<br>JAN - 7 2015<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:            Deputy Clerk |
| ARAMID ENTERTAINMENT FUND LIMITED, et al.,<br><br>v.                                              Plaintiff(s),<br>FORTRSS INVESTMENT GROUP LLC, et al.,<br><br>Defendant(s). | CASE NO.:<br>CHAPTER: 11<br>ADV. NO.: 14-AP-01596 TD<br><br>**ORDER REASSIGNING ADVERSARY PROCEEDING TO JUDGE (by mutual consent)**<br><br>☐ WITHIN DIVISION TRANSFER<br><br>☒ WITHIN DISTRICT TRANSFER |

IT IS HEREBY ORDERED that the above-captioned adversary proceeding be reassigned to Bankruptcy Judge  SCOTT C. CLARKSON  [name to be inserted by the judge] for all further proceedings.

☐ **Within Division Transfer**

The adversary proceeding number will remain the same. However, the judge's initials must be changed to _____ [initials to be inserted by the judge] on all pleadings filed and served in the adversary proceeding.

☒ **Within District Transfer**

The new adversary proceeding case number is _____ [will be issued by the Clerk's Office after the order is signed].

Date: 1/7/15

_____
UNITED STATES BANKRUPTCY JUDGE

The undersigned Bankruptcy Judge hereby consents to the transfer of the above-captioned adversary proceeding to him/her.

Date: 1/7/2015

UNITED STATES BANKRUPTCY JUDGE